USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
CHERYL MILLER,                                                       :
:
                              Plaintiff,   :    1:23-cv-7912-GHW
:
        -against-                                                 :    ORDER
:
NATE LADSON,                                                         :
:
                           Defendant.   :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

    Defendant's application for an extension of time to answer or otherwise respond to the complaint, Dkt. No. 14, is granted. The deadline for Defendant to answer or otherwise respond to the complaint is extended to October 30, 2023. The Court directs Defendant to comply in the future with the Court's Individual Rule 1(E), which requires requests for extensions of time to be made at least two business days prior to the original due date. The Court's Individual Rules of Practice in Civil Cases are available on the Court's website.

    In addition, Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: October 4, 2023

                                                                     GREGORY H. WOODS
                                                               United States District Judge